```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
FEDERAL INSURANCE COMPANY,

                    Plaintiff,             20-cv-3236 (JGK)

        - against -                        ORDER

CAROTRANS INTERNATIONAL, INC.,

                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by **July 17, 2020.**

**SO ORDERED.**

Dated:   **New York, New York**
        **June 29, 2020**      __/s/ John G. Koeltl_____
                                          **John G. Koeltl**
                                 **United States District Judge**